IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND LOUIS STEWART | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN V. COLEMAN, et al. | : | No. 08-5477 |

## **O R D E R**

AND NOW, this 21st day of April, 2009, upon consideration of the Petition for Writ of Habeas Corpus and the response thereto (Doc. Nos. 1, 14), it is hereby **ORDERED** that for the reasons set forth above, the Petition is **DISMISSED with prejudice and without a hearing.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

                                                         s/Lowell A. Reed, Jr.
                                                   LOWELL A. REED, JR., Sr. J.